UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARRY WALKER,

   Plaintiff,

v.

Case No.: 8:13-cv-02436-EAK-AEP

DIVERSIFIED CONSULTANTS, INC.,

   Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, LARRY WALKER, and Defendant, DIVERSIFIED CONSULTANTS, INC., by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted this 18th day of September, 2014.

| | |
|---|---|
| */s/ W. John Gadd* | */s/ Ernest H. Kohlmyer, III* |
| W. John Gadd, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 463061 | Florida Bar No. 110108 |
| Bank of America Building | Urban, Thier, Federer & Chinnery, P.A. |
| 2727 Ulmerton Road, Suite 250 | 200 S. Orange Avenue, Suite 2000 |
| Clearwater, FL 33762 | Orlando, FL 32801 |
| Telephone (727) 524-6300 | Telephone (407) 245-8352 |
| wjg@mazgadd.com | Facsimile (407) 245-8361 |
| | kohlmyer@urbanthier.com |
| | *Attorneys for Defendant* |
| Lisa R. Wilcox, Esquire | |
| Florida Bar No. 697291 | |
| 721 First Avenue North, Suite 100 | |
| St. Petersburg, FL 33701 | |
| Telephone (888) 945-2695 | |
| lisa@wilcoxlawpa.com | |
| *Co-Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on September 18**,** 2014, via the Court Clerk's CM/ECF system which will provide notice to the following:  W. John Gadd, Esquire at wjg@mazgadd.com and Lisa R. Wilcox, Esquire at lisa@wilcoxlawpa.com *(Attorneys for Plaintiff)*.

> */s/ Ernest H. Kohlmyer, III*
> Ernest H. Kohlmyer, III
> Florida Bar No.: 110108
> Kohlmyer@urbanthier.com
> Urban, Thier, Federer & Chinnery, P.A.
> 200 S. Orange Avenue, Suite 2000
> Orlando, FL  32801
> Phone: (407) 245-8352
> Fax: (407) 245-8361
> *Attorneys for Defendant*